## Woodrow PRICE v. STATE.
### No. 17614.

Court of Criminal Appeals of Texas.
March 27, 1935.

C. E. Florence, of Gilmer, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for robbery; punishment, five years in the penitentiary.

We find accompanying the record an affidavit in due form made by appellant requesting that his appeal be dismissed. The request is granted. The appeal is dismissed.

## Alfredo SERRATA v. STATE.
### No. 17319.

Court of Criminal Appeals of Texas.
March 6, 1935.

See, also (Tex. Cr. App.) 76 S.W.(2d) 765.

R. C. Roland, of Brownsville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Robbery is the offense; penalty assessed at confinement in the penitentiary for eight years.

The evidence given upon the trial is not before this court.

The only matter of which complaint is made is the remark of the district attorney in his argument to the jury. Nothing on the face of the argument enables this court, in the absence of the statement of facts, to estimate its effect upon the jury, nor to determine whether in refusing to instruct the jury to disregard the argument error was committed.

In the sentence appellant is condemned to confinement in the penitentiary for a period of not less than five nor more than eight years.

Perceiving no error justifying a reversal, the judgment is affirmed.

## Frank SMITH v. STATE.
### No. 17636.

Court of Criminal Appeals of Texas.
April 3, 1935.

J. T. Adams, of Gainesville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## Jack WATKINS v. STATE.
### No. 17629.

Court of Criminal Appeals of Texas.
April 3, 1935.

W. A. Morrison, of Cameron, and Aubrey Morris and Gene McNamara, both of Waco, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for burglary, punishment being three years in the penitentiary.

Appellant has filed his affidavit advising this court that he does not desire to further prosecute the appeal of his case, and at his request the appeal is dismissed.